UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

In re:                                                    Case no.:__*11 44693*__ *HJB*

*Yudelka  De La Cruz*                       Chapter _____*7*_____
        Debtor(s)

*NOV14'11 PM12:57 USB*

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to
the best of my (our) knowledge.

Date: __*11- 14-11*__          Signature _____
                                                                                              Debtor

Date:_____          Signature_____
                                                                                       Joint debtor, if any

COLLECTION

4340 S MONACO

SECOND FLOOR

DENVER, CO 80237

DYCK ONEAL INC

15301 SPECTRUM DR

ADDISON, TX 75001

NATIONSTAR MORTGAGE LL

350 HIGHLAND DR

LEWISVILLE, TX 75067

SUNTRUST MORTGAGE/CC 5

1001 SEMMES AVE

RICHMOND, VA 23224

BENEFICIAL/HFC

PO BOX 3425

BUFFALO, NY 14240

CAP ONE

PO BOX 85520

RICHMOND, VA 23285

NOV14'11 PM12:57 USB

CAPITIAL ONE

6125 LAKEVIEW ROAD, SUITE 800

CHARLOTTE, NC 28269


CHASE RECEIVABLES

1247 BROADWAY

SONOMA, CA 95476


CHASE

N54 W 13600 WOODALE DR

MENNOMONEE, WI 53051


CHASE AUTO

PO BOX 901076

FORT WORTH, TX 76101


GECRB/CARE CREDIT

PO BOX 981439

EL PASO, TX 79998


GECRB/NATIONWD/BRAND D

950 FORRER BLVD

KETTERING, OH 45420

DSNB MACYS

PO BOX 8218

MASON, OH 45040


MCYDSNB

9111 DUKE BLVD

MASON, OH 45040


VERIZON WIRELESS

2000 CORPORATE DR

ORANGEBURG, NY 10962


VZW NE

NATIONAL RECOVERY

P.O BOX 26055

MINEAPOLIS, MN 55426


AES/WACHOVIA

PO BOX 2461

HARRISBURG, PA 17105


NEW CENTURY MORTGAGE C

18400 VON KARMAN AVE STE

IRVINE, CA 92612

WF/EFS

PO BOX 13667

SACRAMENTO, CA 95853


APS

2527 CRANBERRY HIGHWAY

WAREHAM, MA 02571


SAINTS MEMORIAL HEALTH SERVICE CORP

2527 CRANBERRY HIGHWAY

WAREHAM, MA 02571


SAINTS MEDICAL CENTER

600 BEAM STREET

SALISBURY, MD 21801


SENTRY CREDIT, INC.

2809 GRAND AVE.

EVERETT, WA 98201


GE MONEY BANK

PO BOX 960061

ORLANDO, FL 32896

STEVENS BUSINESS SERVICE

92 BOLT STREET, SUITE 1

PO BOX 1233

LOWELL, MA 01853


MASSACHUSETTS DEPARTMENT OF REVENUE

PO BOX 7065

BOSTON, MA 02204


J.A.CAMBECE

200 CUMMINGS CENTER

SUITE 173-D

BEVERLY, MA 01915


DEGNAN INSURANCE AGENCY, INC.

85 SALEM STREET

LAWRENCE, MA 01843


MARCAM ASSOCIATES

PO BOX 230

SOMERSWORTH NH 03878

MARCAM ASSOCIATES

396 HIGH ST

SUITE 2

SOMERSWORTH NH 03878


PLAZA   ASSOCIATES

JAF STATION, PO BOX 2769

NEW YORK, NY 10116


OMNI CREDIT SERVICES OF FLORIDA, INC.

PO BOX 31179

TAMPA, FL 33631


WINDHAM PROFFESSIONALS, INC.

PO BOX 1048

SALEM, NH 03079


KLAIS AND COMPANY, INC.

1867 WEST MARKET STREET

AKRON, OHIO 44313


ER SOLUTIONS, INC.

800 SW 39TH STREET

PO BOX 9004

RENTON, WA 98057

HARMON LAW OFFICES, P.C.

150 CALIFORNIA STREET

NEWTON, MA 02458